No. 802. RODRÍGUEZ v. RIVERA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para desestimar la apelación. Resuelto en enero 22, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de 9 de marzo de 1911. Abogado del promovente: *Sr. Artemio P. Rodríguez*. Abogado de la parte contraria: *Sr. José L. Pesquera*.

---

No. 801. HERNÁNDEZ v. MARTÍNEZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para desestimar la apelación por no haberse presentado la transcripción de autos. Resuelto en enero 22, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la ley de 9 de marzo de 1911. Abogado del promovente: *Sr. Víctor P. Martínez*. La parte contraria no compareció.

---

No. 800. ALVAREZ v. ARTAU.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para desestimar la apelación por no haberse presentado la transcripción de autos. Resuelto en enero 22, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de 9 de marzo de 1911. Abogado del promovente: *Sr. Santiago B. Palmer*. Abogado de la parte contraria: *Sr. Eugenio Benítez Castaño*.

---

No. 403. EL PUEBLO v. BAUTISTA.—Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en enero 26, 1912. Confirmada la sentencia. La parte apelante no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal*.